# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 AUG -4 P 2:18
J. Burton
CLERK, SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Prime Kimble Jr. | ) | |
| | ) | Case Number: 1:06CR00156-1 |
| | ) | USM Number: 13024-021 |
| | ) | William J. Sussman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | March 31, 2017 |

See page two for additional violations

The defendant is sentenced as provided in pages 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 3162

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:

Martinez, Georgia

August 1, 2017
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

August 4, 2017
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 2 | The defendant unlawfully possessed a controlled Substance (mandatory condition). | March 31, 2016 |
| 3 | The defendant failed to abide by the conditions of a curfew as directed by the Court (special condition). | March 15, 2017 |
| 4 | The defendant failed to abide by the conditions of a curfew as directed by the Court (special condition). | January 12, 2017 |
| 5 | The defendant left the judicial district without permission of the Court or probation officer (standard condition). | June 30, 2017 |
| 6 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement (standard condition). | July 20, 2017 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 36 months, with no supervision to follow.

☒ The court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to a Bureau of Prisons facility in close proximity to Augusta, Georgia, subject to capacity or any other regulations affecting such a designation

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL